OHLSONS BAKERY LLC
8500 SHERIDAN DR
WILLIAMSVILLE NY 14221

1404-5216
ORG1:10 Store
EE ID: 7          DD

| DATE | CHECK NO. |
|---|---|
| 05/17/2019 | 11874 |

PAY TO THE ORDER OF

KATHLEEN M MAEDER
59 A HINCHEY AVENUE
LANCASTER NY 14086

Total Net Direct Deposit(s)
**$575.55**
AMOUNT

VOID THIS IS NOT A CHECK ............................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Kathleen M Maeder
59 A Hinchey Avenue
Lancaster, NY 14086
Soc Sec #: xxx-xx-xxxx     Employee ID: 7

Home Department: 10 Store

Pay Period: 05/05/19 to 05/11/19
Check Date: 05/17/19     Check #: 11874

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1829 | 575.55 | 10340.23 |
| **NET PAY** | **575.55** | **10340.23** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 15.2500 | 610.00 | 784.50 | 11963.63 |
| Personal | | | | 8.00 | 122.00 |
| Overtime | 7.00 | 22.8750 | 160.13 | 58.25 | 1332.50 |
| Holiday | | | | 16.00 | 244.00 |
| Total Hours | 47.00 | | | 866.75 | |
| Gross Earnings | | | 770.13 | | 13662.13 |
| Total Hrs Worked | 47.00 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips Cash | 109.00 | 1730.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 54.50 | 954.31 |
| Medicare | | 12.75 | 223.19 |
| Fed Income Tax | M 0 +$10 | 80.80 | 1353.20 |
| NY Income Tax | M 0 +$5 | 44.58 | 755.63 |
| NY Disability | | 0.60 | 12.00 |
| NY Disability PFL | | 1.35 | 23.57 |
| **TOTAL** | | **194.58** | **3321.90** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 575.55 | 10340.23 |

0027 1404-5216  Ohlsons Bakery LLC • 8500 Sheridan Dr • Williamsville NY 14221 • (716) 626-7783
Payrolls by Paychex, Inc.
Case 1-19-11086-MJK    Doc 16    Filed 06/03/19,    Entered 06/03/19 15:50:39,
Description: Main Document    , Page 1 of 2

OHLSONS BAKERY LLC
8500 SHERIDAN DR
WILLIAMSVILLE NY 14221

1404-5216
ORG1:10 Store
EE ID: 7                    DD

| DATE | CHECK NO. |
|---|---|
| 05/24/2019 | 11889 |

PAY TO THE ORDER OF

KATHLEEN M MAEDER
59 A HINCHEY AVENUE
LANCASTER NY 14086

Total Net Direct Deposit(s)
**$488.70**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Kathleen M Maeder
59 A Hinchey Avenue
Lancaster, NY 14086
Soc Sec #: xxx-xx-xxxx      Employee ID: 7

Home Department: 10 Store

Pay Period: 05/12/19 to 05/18/19
Check Date: 05/24/19    Check #: 11889

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1829 | 488.70 | 10828.93 |
| NET PAY | 488.70 | 10828.93 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 34.25 | 15.2500 | 522.31 | 818.75 | 12485.94 |
| Personal |  |  |  | 8.00 | 122.00 |
| Overtime |  |  |  | 58.25 | 1332.50 |
| Holiday |  |  |  | 16.00 | 244.00 |
| Vacation | 8.00 | 15.2500 | 122.00 | 8.00 | 122.00 |
| Total Hours | 42.25 |  |  |  |  |
| Gross Earnings |  |  | 644.31 | 909.00 |  |
| Total Hrs Worked | 34.25 |  |  |  | 14306.44 |

**OTHER ITEMS** Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Tips Cash | 85.00 | 1815.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 45.22 | 999.53 |
| Medicare |  | 10.57 | 233.76 |
| Fed Income Tax | M 0 +$10 | 62.82 | 1416.02 |
| NY Income Tax | M 0 +$5 | 35.28 | 790.91 |
| NY Disability |  | 0.60 | 12.60 |
| NY Disability PFL |  | 1.12 | 24.69 |
| TOTAL |  | 155.61 | 3477.51 |

**NET PAY**

| THIS PERIOD ($) | YTD ($) |
|---|---|
| 488.70 | 10828.93 |