**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br>   Michael R Maeder<br>   Kathleen M Maeder<br>                       Debtor(s) | Case No.: 1−19−11086−MJK<br>Chapter: 7<br><br>SSN: xxx−xx−8070<br>SSN: xxx−xx−1047 |

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Michael R Maeder** and appears to have performed all other duties in the administration of said debtor's case.

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Kathleen M Maeder** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Daniel E. Brick is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

| | |
|---|---|
| Dated: October 22, 2019 | **HONORABLE MICHAEL J. KAPLAN**<br>United States Bankruptcy Court |

Form fnldec/Doc 25
www.nywb.uscourts.gov